**Dismissed and Opinion Filed October 8, 2024**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00234-CV**

**IN THE INTEREST OF K.L.C.C., A CHILD**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-03889**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Justice Molberg

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by August 29, 2024. By postcard dated August 30, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).



240234f.p05

$\underline{\text{/Ken Molberg/}}$
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.L.C.C., A
CHILD

No. 05-24-00234-CV

On Appeal from the 303rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-10-03889.
Opinion delivered by Justice
Molberg. Chief Justice Burns and
Justice Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 8th day of October, 2024.